UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SIMON TUSHA and TIDE, LLC,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　Case No.:  2:23-cv-42-SPC-KCD

JAMES RICHMOND, JEANNE RICHMOND, IEPRENEUR, LLC, ALEXIS KHAZZAM, AVANTI INSIEME, LLC, LK CAPITAL, MICHAEL MAERTENS, E2COMPANIES, LLC, E2 BOND I, LLC, E2 BOND II, LLC, MICK LAW, BRADFORD A. UPDIKE, ESQ. , ARETE WEALTH MANAGEMENT, KARLTON KLEIS and E2COMPLY, LLC,

    Defendants.
_____/

## ORDER

This case was before the Court for oral argument on several motions. For the reasons stated on the record, it is now **ORDERED**:

1. Plaintiffs are directed to file an amended complaint on or before July 17, 2023, to address the pleading deficiencies identified by the Court.

2. Defendants' Motion to Dismiss (Doc. 36) and Motion to Supplement Motion to Dismiss (Doc. 49) are **DENIED AS MOOT**.

**ENTERED** in Fort Myers, Florida on June 26, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record

2